**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED
FEB 27 2008
2-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | VIRGIL CODY ROBINSON | **Defendant(s):** | DOROTHY BROWN |
| **County of Residence:** | RANDOLPH | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Virgil Cody Robinson
C-90056
Menard - MND
P.O. Box 711
Menard, IL 62259

08CV 1191
JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** /s/ A. E. Woodham   **Date:** 02/27/2008