MHW

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
FEB 26 2008 aww
2-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

VIRGIL C. ROBINSON
_____Plaintiff_____

v.

DOROTHY BROWN
_____Defendant(s)_____

08CV 1191
JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires
more information than the space that is provided, attach one or more pages that refer to each such question number
and provide the additional information. Please PRINT:

I, VIRGIL C. ROBINSON, declare that I am the ☒plaintiff ☐petitioner ☐movant
(other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed
without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also
declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in
the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the
following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # C-90056  Name of prison or jail: Menard Corr. Ctr.
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $10.00

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: non-apply
   Name and address of employer: non-apply

   a. If the answer is "No":
      Date of last employment: 1997-2000
      Monthly salary or wages: $110.00
      Name and address of last employer: Prison Industry - Illinois Department of Correction

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: non-Apply

3. Apart from your income stated above in response to Question 2, in the past twelve months have you
   or anyone else living at the same address received more than $200 from any of the following
   sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☐No
      Amount non-Apply  Received by non-Apply

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☐No
    Amount **non- Apply** Received by **non- Apply**

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☐No
    Amount **non- Apply** Received by ————

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
            ☐Yes    ☐No
    Amount **non- Apply** Received by ————

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☐No
    Amount **non- Apply** Received by ————

    f.    ☐ Any other sources (state source: **non- Apply** )    ☐Yes    ☐No
    Amount **non- Apply** Received by ————

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☐No    Total amount: ————
    In whose name held: **non- Apply** Relationship to you: ————

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☐No
    Property: **non- Apply** Current Value: ————
    In whose name held: _____ Relationship to you: ————

6.    Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☐No
    Address of property: **non- Apply**
    Type of property: **non- Apply** Current value: **non- Apply**
    In whose name held: _____ Relationship to you: _____
    Amount of monthly mortgage or loan payments: **non- Apply**
    Name of person making payments: **non- Apply**

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
        ☐Yes    ☐No
    Property: **non- Apply**
    Current value: _____
    In whose name held: _____ Relationship to you: ————

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
    **non- Apply**

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Jan 5, 2008

Virgil C. Robinson
(Signature of Applicant)

VIRGIL C. ROBINSON
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, VIRGIL ROBINSON, I.D.# C90056, has the sum of $_____ on account to his/her credit at (name of institution) MENARD CC.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 42.32.
(Add all deposits from all sources and then divide by number of months).

1/18/08
DATE

Geraldine Berry
SIGNATURE OF AUTHORIZED OFFICER

GERALDINE BERRY
(Print name)

rev. 7/18/02

-3-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 1/18/2008 | | | | | | Page 1 |
| Time: | 4:20pm | | | | | | |
| d_list_inmate_trans_statement_composite | | | | | | | |

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 07/01/2007 thru End;   Inmate: C90056;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: C90056 Robinson, Virgil**          **Housing Unit: MEN-W -01-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 62.08 |
| 07/06/07 | Payroll | 20 Payroll Adjustment | 187159 | | P/R month of 06/2007 | .81 | 62.89 |
| 07/10/07 | Mail Room | 01 MO/Checks (Not Held) | 191245 | 10051664389 | Robinson, Ellen | 20.00 | 82.89 |
| 07/13/07 | Disbursements | 84 Library | 194359 | Chk #80854 | 37425, DOC: School Dist. Libra, Inv. Date: 07/10/2007 | -8.40 | 74.49 |
| 07/13/07 | Disbursements | 84 Library | 194359 | Chk #80854 | 37412, DOC: School Dist. Libra, Inv. Date: 07/10/2007 | -6.80 | 67.69 |
| 07/13/07 | Disbursements | 84 Library | 194359 | Chk #80854 | 37368, DOC: School Dist. Libra, Inv. Date: 07/10/2007 | -1.50 | 66.19 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194359 | Chk #80855 | 37249, DOC: 523 Fund Reimburse, Inv. Date: 07/10/2007 | -1.99 | 64.20 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194359 | Chk #80855 | 37248, DOC: 523 Fund Reimburse, Inv. Date: 07/10/2007 | -4.60 | 59.60 |
| 07/13/07 | Point of Sale | 60 Commissary | 194779 | 660697 | Commissary | -51.84 | 7.76 |
| 07/17/07 | Mail Room | 01 MO/Checks (Not Held) | 198245 | 742538 | Herrin, Sandra | 12.00 | 19.76 |
| 07/20/07 | Point of Sale | 60 Commissary | 201779 | 662227 | Commissary | -10.92 | 8.84 |
| 07/30/07 | Disbursements | 84 Library | 211359 | Chk #81089 | 38128, DOC: 523 Fund Library,   Inv. Date: 07/16/2007 | -6.00 | 2.84 |
| 07/31/07 | Disbursements | 80 Postage | 212359 | Chk #81092 | 37986, DOC: 523 Fund Inmate Re, Inv. Date: 07/16/2007 | -2.67 | .17 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 | | P/R month of 07/2007 | 5.44 | 5.61 |
| 08/07/07 | Mail Room | 01 MO/Checks (Not Held) | 2192104 | 1346586 | Robinson, Patricia | 20.00 | 25.61 |
| 08/17/07 | Disbursements | 84 Library | 229359 | Chk #81342 | 40055, DOC: School Dist. Libra, Inv. Date: 08/03/2007 | -3.45 | 22.16 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229359 | Chk #81344 | 40214, DOC: 523 Fund Reimburse, Inv. Date: 08/03/2007 | -1.82 | 20.34 |
| 08/30/07 | Point of Sale | 60 Commissary | 242779 | 666003 | Commissary | -14.84 | 5.50 |
| 09/14/07 | Point of Sale | 60 Commissary | 257746 | 669523 | Commissary | -5.48 | .02 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | 2.28 | 2.30 |
| 10/12/07 | Disbursements | 81 Legal Postage | 285359 | Chk #82089 | 43495, DOC: 523 Fund Reimburse, Inv. Date: 09/19/2007 | -2.16 | .14 |
| 10/17/07 | Mail Room | 01 MO/Checks (Not Held) | 2902104 | 517056 | Robinson, Ellen | 20.00 | 20.14 |
| 10/26/07 | Mail Room | 01 MO/Checks (Not Held) | 299245 | 1161837 | Robinson, Patricia | 25.00 | 45.14 |
| 10/31/07 | Disbursements | 84 Library | 304359 | Chk #82508 | 43530, DOC: School Dist. Libra, Inv. Date: 09/20/2007 | -13.35 | 31.79 |
| 10/31/07 | Disbursements | 81 Legal Postage | 304359 | Chk #82512 | 43489, DOC: 523 Fund Reimburse, Inv. Date: 09/19/2007 | -5.70 | 26.09 |
| 11/02/07 | Point of Sale | 60 Commissary | 306767 | 678163 | Commissary | -8.90 | 17.19 |
| 11/09/07 | Point of Sale | 60 Commissary | 313779 | 680362 | Commissary | -16.74 | .45 |
| 11/16/07 | Disbursements | 80 Postage | 320359 | Chk #82757 | 48691, DOC: 523 Fund Reimburse, Inv. Date: 11/09/2007 | -.17 | .28 |
| 11/16/07 | Disbursements | 80 Postage | 320359 | Chk #82757 | 47731, DOC: 523 Fund Reimburse, Inv. Date: 11/01/2007 | -.17 | .11 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 3382113 | 1164485 | Robinson, Patricia | 5.00 | 5.11 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 3382113 | B246471 | Robinson, Patricia | 25.00 | 30.11 |
| 12/07/07 | Point of Sale | 60 Commissary | 341746 | 684950 | Commissary | -13.56 | 16.55 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | 3.94 | 20.49 |
| 12/07/07 | Mail Room | 01 MO/Checks (Not Held) | 3412113 | 10102071589 | Herrin, Sandra | 15.00 | 35.49 |
| 12/12/07 | Point of Sale | 60 Commissary | 346767 | 686966 | Commissary | -28.53 | 6.96 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 351245 | 8793196799 | Robinson, Ellen | 20.00 | 26.96 |
| 12/21/07 | Point of Sale | 60 Commissary | 3557116 | 690051 | Commissary | -21.43 | 5.53 |
| 12/21/07 | Disbursements | 84 Library | 355359 | Chk #83313 | 51639, DOC: School Dist. Libra, Inv. Date: 12/10/2007 | -2.15 | 3.38 |
| 12/31/07 | Disbursements | 81 Legal Postage | 365359 | Chk #83396 | 49905, DOC: 523 Fund Reimburse, Inv. Date: 11/21/2007 | -1.65 | 1.73 |

Date: 1/18/2008
Time: 4:20pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-01191  Document 3  Filed 02/26/2008  Page 5 of 5

Menard Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 07/01/2007 thru End;   Inmate: C90056;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: C90056 Robinson, Virgil**            **Housing Unit: MEN-W -01-16**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/31/07 | Disbursements | 80 Postage | 365359 | Chk #83396 | 51332, DOC: 523 Fund Reimburse, Inv. Date: 12/10/2007 | -1.14 | .59 |
| 12/31/07 | Disbursements | 80 Postage | 365359 | Chk #83396 | 51787, DOC: 523 Fund Reimburse, Inv. Date: 12/11/2007 | -.17 | .42 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | 1.91 | 2.33 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 009245 | 1167558 | Robinson, Patricia | 50.00 | 52.33 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 0102104 | 096237 | Robinson, Patricia | 10.00 | 62.33 |
| 01/15/08 | Disbursements | 84 Library | 015359 | Chk #83671 | 54326, DOC: School Dist. Libra, Inv. Date: 01/03/2008 | -.10 | 62.23 |
| 01/15/08 | Disbursements | 80 Postage | 015359 | Chk #83676 | 54934, DOC: 523 Fund Reimburse, Inv. Date: 01/09/2008 | -.34 | 61.89 |
| 01/18/08 | Point of Sale | 60 Commissary | 018779 | 693941 | Commissary | -19.57 | 42.32 |

|  |  |
|---|---|
| Total Inmate Funds: | 42.32 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 42.32 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |