# United States District Court
## Northern District of Illinois
### Eastern Division

Virgil C. Robinson                  **JUDGMENT IN A CIVIL CASE**

v.                               Case Number: 8 C 1191

Dorothy Brown

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B) for failure to state a claim. The case is terminated. This dismissal counts as one of the plaintiff's three allotted dismissals under 28 U.S.C. Section 1915(g).

Michael W. Dobbins, Clerk of Court

Date: 4/1/2008                       /s/ Tresa S. Abraham, Deputy Clerk